IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOSE LUIS GONZALEZ,                     :
                                        :
    Petitioner                         :
                                        :
  v.                                    :   CIVIL NO. 4:CV-14-2326
                                        :
PENNSYLVANIA BOARD OF                   :   (Judge Brann)
PROBATION AND PAROLE,                   :
                                        :
    Respondent                         :

## **ORDER**

November 30, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Gonzalez' habeas corpus petition is **DENIED.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1